**Exhibit A to the Complaint**

**Location:** Pompano Beach, FL  
**Total Works Infringed:** 63  
**IP Address:** 66.177.215.196  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B1EDE7608353AC629674C063D98C5805C47B0A54<br>File Hash:<br>CB024A1E7CEB51E3DD8A6EFAD07F79A295005892776D287284BA877AE6F1754E | 12-13-2022 06:55:06 | Vixen | 04-08-2022 | 05-20-2022 | PA0002350388 |
| 2 | Info Hash: DFEBDE1F0440B91F41FD2995753F356B9B050507<br>File Hash:<br>21FACA4786223C2EE40D7C7AA6245D84FE8C091BA279FECBE626371FC32FEB2F | 12-01-2022 21:01:01 | Tushy | 11-21-2021 | 12-09-2021 | PA0002325830 |
| 3 | Info Hash: E081ECD813668280E3C6F4D315E9D1BCD585D50F<br>File Hash:<br>B640BFB45BF1C40BCAC90797322F8ED7C6EF1079C1AD872455AEA83D3380A666 | 12-01-2022 20:59:57 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 4 | Info Hash: 70F85629A995E2934F66A91B25DFEB54DB07C4FE<br>File Hash:<br>EBA7009E2D6678911F0EC7BC4896E6707202F6BFAB30CD1F81B996E1D1E98058 | 12-01-2022 20:48:07 | Tushy | 05-08-2022 | 05-20-2022 | PA0002350382 |
| 5 | Info Hash: 3F358B52530413E4934D5BF69DA9512FD4A490DA<br>File Hash:<br>B19A72ADAA0E7982B35120A6CDA7DEB88120B00BD1AC2D9A3C6632AF8F5C73BA | 12-01-2022 20:46:56 | Slayed | 04-12-2022 | 06-09-2022 | PA0002361951 |
| 6 | Info Hash: 5E895C99167DC14F740D578515707EA3BFA9F0F2<br>File Hash:<br>8679396D7C6C4417C6CF4ECB1616891043F523FAA8D5702A2057AC953380AA1C | 12-01-2022 20:31:40 | Blacked | 03-26-2022 | 04-23-2022 | PA0002346435 |
| 7 | Info Hash: 1046E817AEB1AB53551EFDDC2F42EBBDE45D0DFF<br>File Hash:<br>97CFD791A0EFDE2A75DF47466A52FFEF394365003CACC8965C4E94E9B274E504 | 12-01-2022 20:28:18 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |
| 8 | Info Hash: 869B59F8458BB745FEC06D0FB6573DD27D7CD8F2<br>File Hash:<br>AE6B574E5E895357389809F18BA5F70C675AD22B5F5FFFE79171461B37BACF02 | 12-01-2022 20:28:05 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 9 | Info Hash: AE8B289AFFF64C753AA2C717FFA3C83A8218B65D<br>File Hash:<br>ED300EB718FFF1ED54F124FA0DCDB64E6AFD1E470B0269D50872CE6413ADD235 | 11-30-2022 09:53:19 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 10 | Info Hash: 35F44879228811CF9C2110079EA8CD9171E7A611<br>File Hash:<br>55276562F44CADDD8899A9228D58BC97315ED70D649C5210B42D57DB4C43EB68 | 11-29-2022 11:43:04 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 11 | Info Hash: B53E8A5120702E0836DC0FF45BB700C33E17CD60<br>File Hash:<br>089ED36D132071F6A22F01E2880CE5415628D1BF44A9594B7C0CD08BD4B64020 | 11-28-2022 07:02:36 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 04847F4B72D1E908F6DC52B355C5FCA2325CB790<br>File Hash:<br>9AA3E4B8884D4A5A5DCBB1384A26B726A954CD5BA036BB441B06529FEDDF6173 | 11-27-2022 08:58:35 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 13 | Info Hash: F6258E0BEBA58E3EB038EA41D51919ED7AE101BF<br>File Hash:<br>B2F1872CD8202F3FAF7BDB3FF46F33698315112D32C4C7D83EC78A205C4DABDC | 11-23-2022 11:25:02 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 14 | Info Hash: 84E80334CBAD79F7C06CADE6D31766FB089692A1<br>File Hash:<br>BD6E4D3A6B557EE8D5D364B39D213852DAD9FD4EF8A97B1D98BFF26B5F430EDD | 11-22-2022 08:59:22 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 15 | Info Hash: 48DE187CADE6D655BB1B5F81C5C2B4B60F540A98<br>File Hash:<br>A9CE71D9B4EB13F809FD81E9DBED8151A9E3E395BE254FC4CB355E0184BCF2CB | 11-21-2022 17:02:40 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |
| 16 | Info Hash: 3C6F904EBC75852A3BD1F0C2A3DE513FA4B37B73<br>File Hash:<br>52453AC6D8EDAAED0F20A81E516C328D6909C6C005A435275B69445E7598F3AB | 11-20-2022 09:47:08 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 17 | Info Hash: 450C9850EC2164A3A1119D80BEC5D6F92401928A<br>File Hash:<br>2CA5AFF6EE92FDBC080105A28A5CC27CACA722580B3E4AC135A617605391A431 | 11-17-2022 09:46:40 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 18 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash:<br>D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 11-15-2022 21:51:02 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 19 | Info Hash: A44D9E12AF9C892684763C28941B668EF239CC7C<br>File Hash:<br>9829F668C7BCDA17F5848DE3EAF5B82136F0C3E5ADF1D74481A2F84111D1152D | 11-14-2022 06:11:17 | Blacked | 11-12-2022 | 12-11-2022 | PA0002384761 |
| 20 | Info Hash: 7EE037A2CE46858575B7A649A329190DED3144FD<br>File Hash:<br>86C341BE7EA13C9304EBA639F39D46D0F1E64D62E716D24E77870C601285180A | 11-14-2022 05:34:10 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 21 | Info Hash: D1651C6DA29AE55AF598EC11B767B6F14CA7D63B<br>File Hash:<br>B06835EE187A664818E9D1423A605CE02199925A9DA30454191EBDC07AE742F8 | 11-10-2022 00:16:52 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 22 | Info Hash: 8CCBC105A0598C05E56ABD2951CB77E05D91BB22<br>File Hash:<br>FE2B1B7DEA40A9B854C3D7A16F91C029FB182724C88526B0A342FD142D572622 | 11-09-2022 05:36:51 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 23 | Info Hash: 47880DD91F9AB42518D32839C9B849E25CD779D1<br>File Hash:<br>65F76492606C27C269C481B47DA987DCE7C15080D3F9DAC397D6066A0BA24829 | 11-07-2022 11:39:36 | Blacked | 11-05-2022 | 12-11-2022 | PA0002384720 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 5C1D84B8EE66AA95473A12F7D5A7612D9B4D375C<br>File Hash:<br>4C5E775EEBDE716DA30F22E2C79DB0F8FC6CB1A39E29CBCB5B49EAF97FBB323A | 11-07-2022 00:26:43 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 25 | Info Hash: 218B2B780EB5CF52D56BCD8BC73B733335D05B8E<br>File Hash:<br>D3EC1B2600C97F78D8F1DE544AE50BD4601C4EDA24A7FA6DFDC39B83D01F8278 | 11-02-2022 21:14:10 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 26 | Info Hash: C54512672AB83C2172E5AA6AA335CF2359A7F73A<br>File Hash:<br>0D646A9B3E18B1E6E11CE6B043DE5954FBA5D7F9261E23C530E691CC978F3758 | 11-02-2022 04:25:05 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 27 | Info Hash: 40C2E7E796AB9700C7722910C2D772D72077A39C<br>File Hash:<br>CAD74A769FFAF5260B68E5260185FCE0455E0154F544BD93F021C542F6BD0491 | 10-28-2022 05:46:09 | Blacked Raw | 10-26-2022 | 11-01-2022 | PA0002378070 |
| 28 | Info Hash: A06A21906C5CCA79C85F7BFCFDB7C755910C4E10<br>File Hash:<br>471EBFF0B97DD8D5919A8670BD8F186FE5EAC62C4E7B7FBF24A5B3851ECC266C | 10-25-2022 12:17:27 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 29 | Info Hash: 01BB889B19626055D4FECE1530514F55BBD5A467<br>File Hash:<br>C00FC070305CAC0AE9AD7729C2B54ABE7575BDFB54FA0ECA6588F455C808FC81 | 10-25-2022 12:15:09 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 30 | Info Hash: A12A9975F7649C1C5E543623EA13E0F7D6D92807<br>File Hash:<br>D639D13662A921C97C81674EDB2DE452005CB8190C6961545F216A9C0C93DDA9 | 10-25-2022 08:01:03 | Blacked Raw | 10-16-2022 | 11-01-2022 | PA0002378071 |
| 31 | Info Hash: 307B10AC43F5DC6307100B5B98A340DE5AAFEB06<br>File Hash:<br>C7D34553FCDA2EFC004355B0406EA2A6E06952123D496330EA7D562A82B58962 | 10-25-2022 07:40:57 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 32 | Info Hash: A5666F4387EA230860DCF165EE699E79CC86445C<br>File Hash:<br>F8E19A55EC11C47B8F3144AC4F2EA1C8E8B0EE5C5CEA7BC3AA8AD264D83615FD | 10-17-2022 09:05:55 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 33 | Info Hash: 7C27BF095E4F194CF45757269281F48FF810FD09<br>File Hash:<br>AB0A8264525BCAB853B2C49533E4DAA1A773A8801E286C169036253E64C206EB | 10-16-2022 19:25:39 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 34 | Info Hash: 4833769907447359B1AE74973646943178E54A70<br>File Hash:<br>78EB322F8D7792EE00F03A2196DEC628F7D3A24B5849AB27E0DE357EC081AF27 | 10-11-2022 14:58:11 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 35 | Info Hash: 7C805125B9931DC9B881E6AA9A14003D9ADD72FB<br>File Hash:<br>C92F531F420CA4C3D2F37137720823E4C4F393E2199BEAEB86E88D16F74BCD03 | 10-08-2022 07:31:29 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3FCB5EDC4F914B5E7E509A419779B9C41C106BED<br>File Hash:<br>64D9FA6D56DC2C9786A13DBC667D003150B4FA85671ED892B747B6486C35D61C | 10-03-2022<br>16:41:25 | Blacked | 10-01-2022 | 10-31-2022 | PA0002377817 |
| 37 | Info Hash: 3BA0D3954BC406710F062C5979ECD9BF8A91237F<br>File Hash:<br>B63705671B499FF06D1B96A11375F61E4779F02BDD1B90F8F602397FB45E1F1E | 10-03-2022<br>16:37:50 | Blacked Raw | 10-01-2022 | 10-31-2022 | PA0002377811 |
| 38 | Info Hash: E4F0C07AD7A557AD674372C5CD5C3379F38A787F<br>File Hash:<br>C163F6FAECDF8FB7ED91ABB35BAC6AA5F77EE0E6D81F2C5364A31E47F17BC6C9 | 10-02-2022<br>17:17:40 | Vixen | 09-30-2022 | 10-31-2022 | PA0002377819 |
| 39 | Info Hash: A14023846EED88AF95F2AF76BD1D5A5E90CC920D<br>File Hash:<br>B960E455DB5743B61019D1F2991B3E39B5655415FE98C81E642B61C3E14B3CFC | 09-26-2022<br>08:35:31 | Vixen | 09-23-2022 | 10-05-2022 | PA0002373763 |
| 40 | Info Hash: 8A5A466398568BE5972C507767930D7F8F5B37AA<br>File Hash:<br>056528E87248DB8C9FC9DC64036527838117EFD5149DD075B706CAFA8F8D1FDF | 09-25-2022<br>17:25:50 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 41 | Info Hash: 2F86F195B88FD98B860AFDEAC7E77751B69817D4<br>File Hash:<br>81316E3ADE4C324060D797EC9AEB653AFAE6A30D256297E3157182A12758EF75 | 09-22-2022<br>00:02:26 | Slayed | 04-05-2022 | 04-21-2022 | PA0002353031 |
| 42 | Info Hash: 96DA843941E4DF1BFB5BDBEE15FB51C89BD014F5<br>File Hash:<br>5B5EC41F7F569AA8471DB9E018862AA87CE1B0C377F6953DDF75FDE5B7AB0C1B | 09-21-2022<br>23:59:59 | Tushy | 09-18-2022 | 10-05-2022 | PA0002373759 |
| 43 | Info Hash: C668A270110887393B1A9A199A36DD2E1048D481<br>File Hash:<br>39F42FBB9355E5E3A24674F4D496A7EE4BC5AAE80F88FC45CEBB0E1C9ED0F8D3 | 09-20-2022<br>04:49:01 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 44 | Info Hash: E2086F3C551329D567047890A9AE07ED50ADC4F2<br>File Hash:<br>7561B3C94BF63220BA8C558AE286B8CEC046152CD34CD4ABCAF64BA3DA2DD725 | 09-20-2022<br>04:18:19 | Slayed | 03-22-2022 | 04-21-2022 | PA0002353052 |
| 45 | Info Hash: B6B3DC5C87C53BEBD0F5F455E3CF7308A1C85B4B<br>File Hash:<br>2368DA84A164610BA880B0F903ECE64219A9B6CAF2E841A8F04B5DDC9262C46E | 09-05-2022<br>00:12:50 | Vixen | 09-02-2022 | 11-01-2022 | PA0002378068 |
| 46 | Info Hash: 729BA9D53C44EF9B06D41AAC804258A5C9DE2614<br>File Hash:<br>6FC7868F0823B31ECF15F4EF64A0F9C5A666E1B9EEE7DD814F038810190F7F5C | 08-31-2022<br>07:28:26 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 47 | Info Hash: 12E82E22123F4B517494486EA67E9933AF1E9A95<br>File Hash:<br>9E3D5E338000A79DA71BB31B5ADA7866B2AFF776E40CC5BEC76205896F517B84 | 08-29-2022<br>22:49:12 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: C50F90F5C52D0EF98AF8FCB8DFA605B3EA200FBF<br>File Hash: FF3BC0768BBFC3B19053BD8540A326DAB4EEB760022FD41C7323A95403E824D6 | 08-29-2022 22:21:31 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |
| 49 | Info Hash: 70D3E779D30678EB929E2EEF115D993F8973B5DD<br>File Hash: C639BD8B3EC1C9F8B42A1214F12742C2C125AB9D2835CB4984F8191E5044A14F | 08-24-2022 18:55:26 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 50 | Info Hash: 3E3F0031CED1C5C5EF641C97A3FAB41D92A5BD02<br>File Hash: 89E2C079CB49C28614DC8F984CD70CF6055013284DE8C15649D9B25E22749E93 | 08-22-2022 03:03:23 | Vixen | 08-19-2022 | 08-30-2022 | PA0002367752 |
| 51 | Info Hash: DA9611E9C7E846C569D5C06970789091CF2B3B44<br>File Hash: D150538D71C52F360C335808651D9C366B117C599BC5659BCF12E09496EEA6CD | 08-17-2022 11:05:10 | Blacked Raw | 08-15-2022 | 08-29-2022 | PA0002367735 |
| 52 | Info Hash: B0CAA4D95994248141ED9615D6C60A0EF6719C74<br>File Hash: DE6B5755622A8D5504757FB262D3BC59EAC0111811F6AD10DF462DFD9109566C | 08-16-2022 02:47:05 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 53 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash: 82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-10-2022 18:47:29 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 54 | Info Hash: C3C1F6705297C7B709DDC04F4C4A103E6D4DAA3F<br>File Hash: 8BD26EC78E69EEEECFCE0A885D77225F4BF58C208E450DF8D840C07B41F9FD34 | 08-09-2022 19:27:40 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 55 | Info Hash: D535E04CB588396BC4F9AC90F565D616FE5030B0<br>File Hash: 9DB5B44495E1BEFBE91BBE830B6BF5482AEBF0A8DD24457C543CA7DDBB94119F | 08-08-2022 05:45:02 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 56 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash: 23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-07-2022 20:30:17 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 57 | Info Hash: C81487D365766288B61E45751DBE83123A6251F6<br>File Hash: DDE7B2BFD6457544A998BD5E8CD541FFDA0B6E1346706B9873CA07914657A9F0 | 08-03-2022 17:37:57 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 58 | Info Hash: 522106AD5C604CAA38EEB8C9E645BB89B7246439<br>File Hash: E7E033B1618FD43B267E8CD0AF60A898EC2BEDA21372A6C5AE92760818965895 | 08-02-2022 18:13:53 | Tushy | 07-31-2022 | 08-30-2022 | PA0002367738 |
| 59 | Info Hash: 84C5F1993865C560AAB7CEE3BA17969A78454E43<br>File Hash: 55FB7CE72A5580A94A6CAD18275E2B8FC36070D964F432799F9A330A1D870AA5 | 07-31-2022 07:47:40 | Vixen | 07-29-2022 | 08-29-2022 | PA0002367717 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 22F64C34048F6C532A3151D95A82FCDB8E19203E<br>File Hash: AD346A8CD6EF858B1E9B78B90620A5398A58CFA3EA6686949B09F71D08D1FAD3 | 07-27-2022 07:54:57 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 61 | Info Hash: 480726ED66E198F5DBACFCD511A50A5080EF8F42<br>File Hash: CA67A23FB24BA3F401C41E275D1766C140D556B7FB4B77B158F63E0A46FFBDDA | 07-27-2022 06:39:56 | Blacked Raw | 07-25-2022 | 08-29-2022 | PA0002367727 |
| 62 | Info Hash: 57763A5B3583A13492A671B9919D28555796546C<br>File Hash: 7882436CAE07D7E0F422B3A2EE3582E944A93B99893003C4A5E586C8C2069DAC | 07-24-2022 17:43:56 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 63 | Info Hash: 7BA60C0D1CA44FE6DC35D95F279DFF110FC90CE4<br>File Hash: 1647D142912BD785174AD9CDC699C31E9AEF990D9AD50FDF648593411587D6A0 | 07-22-2022 08:03:06 | Blacked Raw | 07-18-2022 | 08-30-2022 | PA0002367753 |